**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SATCO PRODUCTS, INC. | |
| Plaintiff, | Civil Action No. 2:20-cv-4956-WFK-JMW |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | JURY DEMAND |
| Defendant. | |

**THE PARTIES JOINT STATUS REPORT**

Pursuant to the Court's Orders dated September 9, 2023, and November 6, 2023, Plaintiff Satco Products, Inc. ("Satco") and The Regents of the University of California ("The Regents") respectfully provide the following status report advising the Court as to the status of the appeal currently pending at the Federal Circuit, captioned *Regents of the University of California v. Satco Products, Inc*., No. 23-1356.

On April 9, 2021, Satco requested *inter partes* review (IPR) of U.S. Patent No. 10,644,213 ("'213 patent"). *See* IPR2020-00662. On November 4, 2022, the PTAB issued a final written decision finding the challenged claims of the '213 patent unpatentable. On January 6, 2023, The Regents appealed the PTAB's decision. *See* C.A. No. 23-1356. This case was stayed on September 9, 2021, pending completion of U.S. International Trade Commission Investigation No. 337-TA-1220, captioned *Certain Filament Light-Emitting Diodes and Products Containing Same (II)*. (ECF No. 10). The Court ordered that the stay of this case remain in place until a decision in the pending appeal of the IPR regarding the '213 patent is rendered. (ECF No. 20; *see also* Text Order dated September 9, 2023). The parties' briefing in the appeal was completed on September 29, 2023. No decision has issued.

1

The parties agree that the Court should maintain the stay in this action until the issuance of the mandate in the pending appeal of the IPR regarding the '213 patent and order that The Regents' response to the Complaint in this action be due within fourteen (14) days after the issuance of the mandate in such appeal.

Dated: November 6, 2023

Respectfully submitted,

/s/ Scott J. Bornstein

Scott J. Bornstein
Jonathan D. Ball
Brian J. Prew
Elana B. Araj
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
bornsteins@gtlaw.com
ballj@gtlaw.com
prewb@gtlaw.com
araje@gtlaw.com

Nicholas A. Brown (*pro hac vice*)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
LYNN GARTNER DUNNE& FRIGENTI,
LLP
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com

**Attorneys for Plaintiff**

/s/ Joshua J. Pollack

Joshua J. Pollack
Shawn G. Hansen (*pro hac vice* forthcoming)
Seth D. Levy (*pro hac vice* forthcoming)
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, California 90071
(213) 629-6000
jpollack@nixonpeabody.com
shansen@nixonpeabody.com
slevy@nixonpeabody.com

**Attorneys for Defendant**

2