IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SATCO PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA <br><br> Defendant. | Civil Action No. 20-cv-4956-WFK-JMW <br><br> JURY DEMAND |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 7, 2023, Plaintiff Satco Products, Inc. ("Satco") and Defendant The Regents of the University of California ("The Regents") respectfully provide the following status report advising the Court as to the status of the appeal of *inter partes* review ("IPR") of U.S. Patent No. 10,644,213 ("'213 patent"), No. IPR2020-00662. On November 4, 2022, the PTAB issued a final written decision finding the challenged claims of the '213 patent unpatentable. On January 6, 2023, Regents appealed the PTAB's decision. *See* C.A. No. 23-1356. The appeal is fully briefed and oral argument has not yet been scheduled.

The parties agree that the Court should maintain the stay in this action until the issuance of the mandate in the pending appeal of the IPR regarding the '213 patent and that The Regents' response to the Complaint in this action be due within fourteen (14) days after the issuance of the mandate in such appeal.

Submitted: February 16, 2024

| | |
|---|---|
| */s/ Scott J. Bornstein* <br> Scott J. Bornstein <br> Brian J. Prew <br> **GREENBERG TRAURIG, LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 | */s/ Joshua J. Pollack* <br> Shawn G. Hansen <br> Joshua J. Pollack <br> **NIXON PEABODY LLP** <br> 300 S. Grand Avenue, Suite 4100 <br> Los Angeles, California 90071 |

|  |  |
|---|---|
| Telephone: (212) 801-9200<br>bornsteins@gtlaw.com<br>prewb@gtlaw.com | (213) 629-6000<br>shansen@nixonpeabody.com<br>jpollack@nixonpeabody.com |
| Nicholas A. Brown<br>**GREENBERG TAURIG, LLP**<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: (415) 655-1271<br>brownn@gtlaw.com | *Attorneys for Defendant* |

Nicholas A. Brown
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 655-1271
brownn@gtlaw.com

Robert P. Lynn, Jr.
**LYNN GARTNER DUNNE & FRIGENTI, LLP**
330 Old Country Road, Suite 103
Mineola, New York 11501
Telephone: (516) 742-6200
rplynn@lgdlaw.com

*Attorneys for Plaintiff*