IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SATCO PRODUCTS, INC.<br><br>                               Plaintiff,<br>    v.<br><br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA<br><br>                               Defendant. | Civil Action No. 20-cv-4956-WFK-JMW<br><br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 17, 2024, Plaintiff Satco Products, Inc. ("Satco") and Defendant The Regents of the University of California ("The Regents") respectfully provide the following status report advising the Court as to the status of the appeal of *inter partes* review ("IPR") of U.S. Patent No. 10,644,213 ("'213 patent"), No. IPR2020-00662. On November 4, 2022, the PTAB issued a final written decision finding the challenged claims of the '213 patent unpatentable. On January 6, 2023, Regents appealed the PTAB's decision. *See* C.A. No. 23-1356 (the "Appeal"). The Appeal is fully briefed and oral argument has not yet been scheduled.

The previously co-pending litigation, captioned *Satco Products, Inc. v. The Regents of the University of California*, Civil Action No. 2:19-cv-06444-ENV-JAM (E.D.N.Y.) (the "6444 Litigation"), was dismissed by stipulation of the parties on March 18, 2024. The parties agreed that Satco may re-plead its claims for tortious interference with business relationships and similar claims from the 6444 Litigation in the instant case no later than three months after the date of issuance of a mandate in the Appeal, or any other final resolution of the Appeal. The Regents does not concede to the merits or any other aspect of these claims.

1

The parties agree that the Court should maintain the stay in this action until the issuance of the mandate in the pending Appeal and that The Regents' response to the Complaint in this action be due within fourteen (14) days after the issuance of the mandate in such Appeal.

Submitted: May 31, 2024

| | |
|---|---|
| */s/ Scott J. Bornstein* <br> Scott J. Bornstein <br> Brian J. Prew <br> **GREENBERG TAURIG, LLP** <br> One Vanderbilt Avenue <br> New York, NY 10017 <br> Telephone: (212) 801-9200 <br> bornsteins@gtlaw.com <br> prewb@gtlaw.com <br><br> Nicholas A. Brown <br> **GREENBERG TAURIG, LLP** <br> 101 Second Street, Suite 2200 <br> San Francisco, CA 94105 <br> Telephone: (415) 655-1271 <br> brownn@gtlaw.com <br><br> Robert P. Lynn, Jr. <br> **LYNN GARTNER DUNNE & FRIGENTI, LLP** <br> 330 Old Country Road, Suite 103 <br> Mineola, New York 11501 <br> Telephone: (516) 742-6200 <br> rplynn@lgdlaw.com <br><br> ***Attorneys for Plaintiff*** | */s/ Joshua J. Pollack* <br> Shawn G. Hansen <br> Joshua J. Pollack <br> **NIXON PEABODY LLP** <br> 300 S. Grand Avenue, Suite 4100 <br> Los Angeles, California 90071 <br> (213) 629-6000 <br> shansen@nixonpeabody.com <br> jpollack@nixonpeabody.com <br><br> ***Attorneys for Defendant*** |